THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ronald Francis Cameron, Appellant.
 
 
 

Appeal From Darlington County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2012-UP-254  
 Submitted March 1, 2012  Filed May 2,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine Hudgins, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia;
 and Solicitor William B. Rogers, Jr., of Bennettsville, for Respondent.
 
 
 

PER CURIAM: Ronald
 Francis Cameron appeals his convictions for first-degree burglary and petit
 larceny, arguing the trial court erred in granting the State's request that he
 submit nontestimonial identification evidence.  After a thorough review of the record and all briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., and HUFF and
 SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.